IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAWANNA F. ARMSTEAD,

Plaintiff,

vs.

UNION PACIFIC, HARRIMAN DISPATCH CENTER, DOUG SVATOS, Director Cew Management Service Crew Dispatching; BRANDON BELL, Director Crew Management Service Crew Dispatching Southern Region Northern Region; DREW AULT, Director Crew Management Service - Crew Dispatching; LUCAS HORN, Senior Manager Crew Management Service - Crew Dispatching; CHAD WILLIAMS, Senior Supervisor Crew Dispatching; CLAY MILLER, Senior Supervisor Crew Dispatching; NICK TOTTEN, Senior Supervisor Crew Dispatching; and TY KURTZ, Senior Supervisor Crew Dispatching;

Defendants.

**8:26CV707**

**ORDER**

Plaintiff Lawanna Armstead, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 13th day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge